IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
IN THIS OFFICE
JAN 2 3 2025
Clerk U.S. District Court
Greensboro, NC
BY_____

FELISHA WALL,            )
                         )
       Plaintiff,     )
                         )
    v.                 )      1:22-cv-31
                         )
J.R. DENNIS SMITH, JAMES   )
P. DAVIS, DUSTIN R. CAIN,  )
and NORVIN L. FORRESTER,   )
                         )
       Defendants.    )

## VERDICT

We, the jury in the above-styled case, do unanimously find as follows:

1.    Did one or more of the Defendants, J.R. Dennis Smith, James P. Davis, Dustin R. Cain, or Norvin L. Forrester, infringe Plaintiff Wall's rights in violation of the Fourth Amendment of the United States Constitution by using excessive force during her arrest?

    Answer:

    J.R. Dennis Smith:     __NO__    (Yes or No)

    James P. Davis:        __NO__    (Yes or No)

    Dustin R. Cain:        __NO__    (Yes or No)

    Norvin L. Forrester:   __NO__    (Yes or No)

**Regardless of your answer to this Issue, you must proceed to consider and answer Issue 2.**

2. Did the Defendant, J.R. Dennis Smith, infringe Plaintiff Wall's rights in violation of the Fourth Amendment of the United States Constitution by an unlawful seizure?

Answer: _____NO_____ (Yes or No)

**Regardless of your answer to this Issue, you must proceed to consider and answer Issue 3.**

3. Did the Defendant, J.R. Dennis Smith, infringe Plaintiff Wall's rights in violation of the First Amendment of the United States Constitution by depriving her for the exercise of her First Amendment Constitutional Right?

Answer: _____NO_____ (Yes or No)

**Regardless of your answer to this Issue, you must proceed to consider and answer Issue 4.**

4. Did the Defendant, J.R. Dennis Smith, maliciously prosecute Plaintiff Wall?

Answer: _____NO_____ (Yes or No)

**Regardless of your answer to this Issue, you must proceed to consider and answer Issue 5.**

- 2 -

5.   Did the Defendants, J.R. Dennis Smith, James P. Davis, Dustin R. Cain, and Norvin L. Forrester each commit a battery upon Plaintiff Wall during the arrest of Ms. Wall?

Answer:

J.R. Dennis Smith:        _____NO_____        (Yes or No)

James P. Davis:           _____NO_____        (Yes or No)

Dustin R. Cain:           _____NO_____        (Yes or No)

Norvin L. Forrester:      _____NO_____        (Yes or No)

**Regardless of your answer to this Issue, you must proceed to consider and answer Issue 6.**

6.   Did the Defendant, J.R. Dennis Smith, intentionally cause severe emotional distress to Plaintiff Wall?

Answer:       _____NO_____       (Yes or No)

**If you have answered each of Issues 1 through 6 "No," then you have completed your deliberations and you may return to the Courtroom.**

**If you have answered one or more of Issues 1 through 6 "Yes," then you must proceed to Issue 7, and consider and answer compensatory damages.**

- 3 -

7. What amount in compensatory damages is Plaintiff Wall entitled to recover, if any, as a result of one or more of the Defendants' liability to Ms. Wall as a result of your findings as to the previous issues?

Amount: _____

**Regardless of your answer to this issue of compensatory damages, you must address the issue of punitive damages.**

8. What amount of punitive damages, if any, do you the jury in your discretion award Ms. Wall?

Amount: _____

**Regardless of your answers to the damages issues, if you have considered damages then you must also answer the following special interrogatories.**

9. **SPECIAL INTERROGATORIES**

a. On December 2, 2018, did Felisha Wall willfully and intentionally make rude or riotous noise, or act in a manner that was disruptive, in or near the Annex where the Magistrate's office was located?

Answer: _____ (Yes or No)

- 4 -

b. Did Felisha Wall make a rude gesture with her middle finger to the Magistrate on December 2, 2018?

Answer: _____ (Yes or No)


c. Was Felisha Wall ordered to leave the parking area of magistrate's parking lot more than one time?

Answer: _____ (Yes or No)


d. Did Plaintiff leave the parking area of the magistrate's parking lot immediately after being asked to leave?

Answer: _____ (Yes or No)


This the 23 day of January, 2026.


JONATHAN KING
_____
Foreperson

*Jonathan E. King* (signature)


- 5 -